FILED – USDC – NDTX – AB
AUG 21 2023 AM8:47

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| MENION MARQUIS SAMUELS, Institutional ID No. 65190, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:23-CV-00132-BU |
| SGT. HENRY, *et al.* | § § § | |
| Defendants. | § | |

## QUESTIONNAIRE AND DECLARATION

On this date Plaintiff, under penalty of perjury, provides the following answers and information as required by the Court.

**Question No. 1:** You are currently incarcerated at Taylor County Detention Center (TCDC). Please answer the following questions related to your incarceration.

(a) How long have you been an inmate at TCDC? Please provide the date you arrived.
**Answer:**

(b) At what date were you officially found guilty or entered into a plea deal for the offense you are incarcerated for?
**Answer:** DNA

(c) Will you be moved to a TDCJ facility at some point? If so, when?
**Answer:** Don't plan on it.

3

(d) When do you claim the violation of your rights began at TCDC?

**Answer:** Immediately, I arrive here during Ramadan 2022. My Quran, & Prayer rug was taken automaticlly. They refused to give me an Islamic Prayer schedule even though I gave them the info. to get one. There are no areas dedicated for prayer, direction towards the Ka'bah is not known & the place where Salah is performed should be cleaned. (5 x's a day) During Ramadan we are supposed to read the whole Quran & make Sajdah at the correct times.

**Question No. 2:** You bring claims under both the First Amendment and the Religious Land Use and Institutionalized Persons Act (RLUIPA). Under the First Amendment, prisons are allowed to place restrictions on prisoners that may burden their religious rights so long as the regulation is reasonably related to a valid penological reason, that is, the reason must be to help deter crime, rehabilitate prisoners, or help security, as examples. Courts give substantial deference to the professional judgment of prison administrators, but there still must be a valid connection to the prison regulation, a determination if there are alternative means, a consideration on how any accommodation will affect the allocation of resources, and whether there is an absence of ready alternatives. However, the most important factor is the valid connection to a prison regulation.

You claim that you have been denied access to your prayer rug, kufi, prayer oil, Muslim group service, Muslim reading materials, and Muslim T.V. programming.

Please answer the following questions about these claims:

(a) How have you requested access to these religious items or materials?

**Answer:** Yes, multiple times.

(b) Have you requested that TCDC pay for and provide you these materials?

**Answer:** NO. I have a prayer rug, & Kufi in my property that I have asked for, only to be told "We do not do that here" by adminastration. I aslo Ask to be able to purchase a Quran with the money in my account, again I was told "We don't do that here"

4

(c) Please name or describe the individuals who have denied you access to your religious items and programming.
**Answer:** *Taylor County Administration. Lt. Tony Polluck, Capt. Angel Gonzales, Chief Tim Traywick.*

(d) When did they deny you access? Please provide information as to whether you were denied access to religious items on one occasion or on numerous occasions.
**Answer:** *Numerous occasions.*

(e) What reason(s) was given to you as to why you were being denied access to these religious items?
**Answer:** *Many times I was told "We don't do that here."*

**Question No. 3:** Under RLUIPA, an inmate must show that they had a sincerely

held religious belief and that the government substantially burdened that religious exercise.

Please answer the following questions:

(a) What sincerely held religious belief are you trying to exercise through having access to a prayer rug, kufi, and prayer oil? *It is said in the Quran to put on oils*
**Answer:** *the kufi is a sign of respect.*

(b) How have your religious beliefs been burdened by the inability to access these materials?
**Answer:** *yes. Several times the "prayer towel" that was given to me was taken away by gaurds, Multiple times I've had to talk to supervisors to get 1 back. I've stated many times a prayer rug can't be mistaken for anything other than a Prayer rug. It looks nothing like a towel. There are certain times for prayers, The areas are supposed to be cleaned before prayer comes in. Taylor County refused to give me a prayer schedule so I can know when prayers come in. They sometimes wouldn't get me a towel, & I've never been provided cleaning materials, They wanted me to use a towel that has been used to dry genitals, & use bow down & put my face on, while I'm worshipping God. That is totally disrespectful. A prayer rug would not be used to dry body parts. A prayer schedule would allow me to do my prayers on time, It is in the Quran about prayer oils.*

5

(c) What sincerely held religious belief are you trying to exercise through having access to Muslim reading materials and tv programming.

**Answer:** Establish your religion (Is whats Stated in the Quran) Salat in congregation: Rasulullah said "If there are three persons in a village or even in a desert and they do not pray together, the devil would surely overtake them. So always pray Salat in congregation, for a wolf only injures a solitary sheep." It is not possible for the muslims to learn the religion if you are not allowed to read about it.

(d) How have your religious beliefs been burdened by the inability to access Muslim reading materials and tv programming?

**Answer:** There is absolutely no teaching so there is no learning. No one can purchase books from ~~their~~ an approved vendor, with the money on their accounts. There is no way for people who are interested to learn, nor is there any oppertunity to teach because they wont even allow muslims to meet for prayer, I have not been able to order Tafsir, or any haddith & sunnah which is how you learn & I was not allowed to do Ramadan right cause I didn't have the right Quran.

**Question No. 4:** Have any accommodations or religious materials been provided to you at TCDC? Please list any religious materials that have been provided to you or that you are able to possess.

**Answer:** A used towel as a "Prayer Rug" & a Quran with no 30th m A or sajda marks.

**Question No. 5:** You claim that you have not had access "to any Muslim group service."

(a) Please describe what "Muslim group service" is.

**Answer:** Jummah "Friday" prayer, where muslims shower before going to an area that has been sweapt & mopped by a muslim. Upon entering they need access to make wudu, if need be. A person (Imam) or head coordinator will give a sermon followed by 2 rak'ahs

(b) Does TCDC have Muslim group services?

**Answer:** No, Not one.

(c) If you answered yes to the question above, explain why you were denied access to these services and who denied you access.

**Answer:** TCDC said Muslims must have a volunteer in order to have a service. However it has already been determined that there are not enough muslim volunteers in TDC & The muslims are allowed to run their services. Why is it that they can't run the same system here? TCDC Administration answer to everything is "We don't do that here.

(d) About how many other practicing Muslims are you aware of at TCDC?

**Answer:** I am only aware of 2 others. As I've said, We are not premitted to meet at all so I have no access to know of any muslims outside of where I'm housed.

**Question No. 6:** Has TCDC suggested any alternatives to the religious materials, programs, or services you are requesting? No

**Answer:** No.

**Question No. 7:** How are you able to practice your religion without your requested religious materials or services?

**Answer:** I do the best I can. I use products bought by myself to clean the area before I can pray. Prayers are not valid if done before time so I ask God to have mercy on me cause TCDC will not give me a schedule. I don't have access to the 30th or Sajda marks so I can't perform them. They do not allow Jummah at all. My religion is a non-factor here. The blessings during Ramadan is limitless! They took 2 Ramadans from me where I could've gained a lot.

**Question No. 8:** You claim that your fasting was interrupted by lunch meals and "when it came time for Eid al-Fitr, despite an advance request for accommodation," you were denied your accommodation.

(a) Who interrupted your fasting with lunch meals?

**Answer:** Various officers who brought the lunch meals.

(b) How did lunch meals interrupt your fasting?

**Answer:** We are fasting! No food are water during the hours of daylight. The meals are an enticement.

(c) What accommodation were you requesting for the conclusion of Ramadan?

**Answer:** I was goning to ash for the same meal we get for Christmas, or Thanksgiving

(d) Who denied your request for an accommodation?

**Answer:** Administration. I got a letter from Sgt. Henry (included)

(e) What was the reason that your request was denied?

**Answer:** Christmas meals has nothing to do with religion, & mine does.

**Question No. 9:** You claim that you are bringing claims under the Establishment Clause. Please provide all facts that your rights under the Establishment clause have been violated.

**Answer:** TODC Placed a burden upon making salat. No prayer rugs, no prayer schedule, they restricted all gothering, or communicating between muslims here. Not one service has ever been held. Not 1 religious meal "Eid-Al-Fitr" has been Celebrated. Internal Management Procedure 6.11 permits inmates to keep in their cells approved religious property associated with their designated religious preference. Pros Pursuant to procedure 6.11, Islamic inmates may possess religious books, and publications, prayer beads, a prayer rug, and kufi, & now prayer oil. It also allows one religious Feast each yr. RLUIPA affords prisoners engaged in religious conduct federal statutory protections above and beyond those embodied in the First Admendment.

8

**Question No. 10:** To your knowledge, how many practicing Christian inmates are at TCDC? *Again, we are kept Seperate from each other so I can not say for sure*

**Answer:** *However, to the best of my knowledge, at least 100 people.*

**Question No. 11:** Do you claim that TCDC as an institution has policies that burden the exercise of your religion and result in discrimination against the Muslim religion? Or do you claim that individuals employed at TCDC violated policies that resulted in discrimination against the Muslim religion? If you allege policies are burdening your religious exercise, list the specific policies that you are complaining about.

**Answer:** *I have asked Serual times, what is the procedure in dealing with various things & I've never been shown anything. I've asked for them to call Middelton or Robertson & speak to a Chaplin to see I am not requesting anything out of the ordinary. Not one time have I got a reasonable answer to anything I've requested. Not one time have I seen in writing the policy that forbids me to buy Religious materials. Everyone I spoke to says no on everything. 1 policy I do know is Muslims must have a volunteer. There are no masjids in Abilene Tx. & the closes one is at least 150 miles away.*

**Question No. 12:** You list six Defendants in your Complaint. You claim that Defendants violated your rights under the Establishment Clause, the First Amendment, and RLUIPA. However, you fail to provide specific facts describing how Defendants violated these rights. For **each** Defendant listed below, **describe the specific act/acts the Defendant performed that violated your rights, when they did these acts, and how it harmed you**. Please be as specific as possible, avoiding legal labels, and focusing on the acts each Defendant performed that violated your rights.

*Kevin*
FNU Henry:

Tony
FNU Pollock:

Angel Gonzales
FNU Garcia:

Tim Traywick:

Ricky Bishop:

**Question No. 13:** You bring claims against (30) unknown jail employers. To bring a claim against a party in their individual capacity, you must be claiming that this individual *personally* performed acts that violated your rights.

(a) Do you claim that 30 individual jail employers personally violated your rights?
**Answer:**

(b) If yes, please provide facts for all 30 Defendants describing how they personally violated your rights under the Establishment Clause, First Amendment, and RLUIPA. Failing to provide facts specifically describing how a defendant violated your rights will result in that defendant being dismissed.
**Answer:**

**Question No. 14:** Please provide the first name or a description for Defendants Henry, Pollock, ~~Garcia,~~ Gonzales, and Traywick.

**Answer:** Sgt. Kevin Henry
Lt. Tony Pollock
Capt. Angel Gonzales
Chief Tim Traywick

**Question No. 15:** You state that you are asking for injunctive relief. What kind of injunctive relief are you requesting?

**Answer:** I'm seeking 1.3 million in relief

**Question No. 16:** You also ask for declaratory relief. What kind of declaratory relief are you seeking?

**Answer:**
I would like there to be a policy in place that allows muslim services. "Friday" Jummah. I also would like TCDC to allow prayer rugs, kufis, prayer oil, pamphlets on hand from approved vendors & allow muslims to order Qurans, Tafsir, Hadith & Sunnah etc. To recognize Eid-Al-Fitr

11

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| MENION MARQUIS SAMUELS,<br>Institutional ID No. 65190, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:23-CV-00132-BU |
| | § | |
| SGT. HENRY, *et al.* | § | |
| | § | |
| Defendants. | § | |

## CERTIFICATION UNDER 28 U.S.C. § 1746

I, MENION MARQUIS SAMUELS, understand that a false answer to any of the questions in the Magistrate Judge's Questionnaire will subject me to the penalties of perjury. With this understanding, I certify under penalty of perjury that my answers to the Magistrate Judge's Questionnaire are true and not false in any respect.

_____8/17/23_____          ____Menion Samuels_____
Date                                     MENION MARQUIS SAMUELS

12

Continuations

(d) When do you claim the violation of your rights began at TCDC?
Rasulullah was asked which action Allah loves most, he replied "Salat at it's proper time.
        I was refused a time schedule.
    Juma'ah Prayer & congregation salat "Congregational Salat is 27 times better than salat alone. Muslims were not allowed to meet none for both of the Ramadan's I've been here, nor any other time. There are multiple blessings in doing the prayer together during Ramadan & in breaking the fast together during Ramadan.
    Ramadan is the time where muslims should strive to get as many blessings as possible.
    "They constrain you from any aspect of brotherhood, prayer rugs, ordering religious material, or anyone getting a chance to learn the religion.
                            please read "⊘ Hadith & Sunnah
                                    by Dr. Mazhar U. Kazi


Question # 11
        If it is policy, then Ricky Bishop, Tim Traywick, Angel Gonzales Tony Polluck and the other administration needs to understand this is a time where muslims all around the world gather & pray & strive in the cause of Allah. The blessings for fasting is limitless during Ramadan. No man should be allowed to take that away from a muslim. I shouldn't have to pray by a toilet. I shouldn't have to use a towel that has previously been used to dry body parts, espeacially when I have a prayer rug, it violates no operations of the jail & is not a threat to security. There is absolutely no reason to deny prayer rugs, kufi, or prayer oil. There is no reason why I can not purchase books or other materials with the money on my account.
        It is not a security Threat. No one here will ever answer me when I ask to see the policy or any procedure on how they deal with Muslims. It is always a "no" on anything I ask & the reason why is "We don't do that here."

Question #12.   Sgt. Henry: Was involved with the dening of EID-Al-Fitr
Lt. Polluch: Denied me access to my prayer rug.
Capt. Gonzales      was the one who said I can not order
a Quran with the money from my account.
Tim Traywich is chief & has the authority ~~but~~ to grant me
my prayer rug but said no, as well as the EID-Al-Fitr meal.
Ricky Bishop is the Sheriff over TCDC and he has
the authority to make more friendly Muslim policies. As you will see
on 4/30 1  It was said that Ricky Bishop & the administration
would make changes, or discuss changes that need to be made concerning
policy, yet he & admin. has denied to do so.


Book
reference
Salah "Prayer Guide
Masjid ELFaroua · Houston

Page 8
#1  Cleanliness: This includes the cleanliness of the body, the clothes
& the place where the salah is to be Performed


#3 Beginning the stated time. Prayer performed before
the stated time is not valid


Please look at all Grievances & inquiry to Supervisiors
to see the exchanges between me & staff.

Menion Samuels #65190
910 S. 27th
Abilene, Tx. 79601


FOREVER USA
Barn Swallow

RECEIVED

AUG 21 2023

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
Northern District of
P.O. Box 1218
Abilene, Texas 79604

TAYLOR COUNTY INMATE CORRESPONDENCE

© USPS 2016

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131