## OFFICIAL'S REPLY TO INMATE REQUEST
*Responder a la petición Prisionera*

| | |
|---|---|
| **Inmate's Name:**<br>*Nombre de prisionero:* | Samuels, Menion |
| | **SO#** 65190 |

| | | | |
|---|---|---|---|
| **Date:**<br>*Fecha:* | 4/19/2023 | **Time:**<br>*Hora:* | 1400 hrs |

| | |
|---|---|
| **Housing Area:**<br>*Espacio Domicilio:* | F-310 |

**Response:**
*Respuesta:*

The matter regarding the extra food at the end of Ramadan has been discussed with Administration. I also invovled Lt. Pollock in the conversation. The determination was made the no additional food would be provided on the date in question.

Sgt. K. Henry