UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| MENION MARQUIS SAMUELS, Institutional ID No. 65190, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § § | Civil No. 1:23-cv-00132-BU |
| SGT. KEVIN HENRY, LT. TONY POLLOCK, CAPT. ANGEL GONZALES, CHIEF TIM TRAWICK, and SHERIFF RICKY BISHOP, | § § § § § | |
| *Defendants*. | § § | |

## DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Sgt. Kevin Henry, Lt. Tony Pollock, Capt. Angel Gonzales, Chief Tim Trawick, and Sheriff Ricky Bishop, the named Defendants in the above entitled and numbered cause, and file this their answer to Plaintiff's complaint and would respectfully show the Court the following:

RESPONSES TO NUMBERED SECTIONS

**Section II.  Place of Present Confinement**

   Admit.

**Section III.  Exhaustion of Grievance Procedures**

   Admit.

**Section IV. Parties to This Suit**

   A.  Admit.

B. Defendants deny the full names are correct and deny the allegations against each such Defendant.

## Section V. Statement of Claim

This paragraph is in a narrative format making it difficult for Defendants to address Plaintiff's allegations. Accordingly, pursuant to Tex. R. Fed. Proc. 8(b)(3), Defendants generally deny all allegations.

## Section VI. Relief

Defendants generally deny all allegations and deny that Plaintiff is entitled to the injunctive relief or declaratory relief sought, damages or punitive damages.

## AFFIRMATIVE DEFENSES

Based upon the allegations contained in the Plaintiff's Original Complaint and the facts and applicable law known at this time, Defendants, pursuant to Rule 8(c), Fed. R. Civ. Proc., plead the following affirmative defenses as bars to Plaintiff's claims and as grounds for dismissal of the lawsuit:

(1) The doctrine of qualified immunity - Defendants were all acting in their role as officers or agents for the County and within their official or contractual duties at all times relevant to this matter and are immune from any liability as to the alleged claims brought by Samuels.

(2) Defendants, in the performance of their discretionary functions, have not violated any clearly established statutory or constitutional right secured to the Plaintiff of which a reasonable peace officer or county medical official in the performance of their respective duties would have known. In particular, their treatment of arrestees and inmates has been reasonable in all respects, and fair and equitable in allowing arrestees and inmates to exercise freedom of religion.

PRAYER

WHEREFORE, HAVING ANSWERED HEREIN, Defendants Sgt. Kevin Henry, Lt. Tony Pollock, Capt. Angel Gonzales, Chief Tim Trawick, and Sheriff Ricky Bishop pray that the true facts be ascertained, that they be relieved from any and all liability in connection with this lawsuit, they be discharged with their costs, and for such other and further relief to which they may show themselves to be justly entitled.

Respectfully submitted,

James Hicks
Taylor County District Attorney
300 Oak Street, Suite 300
Abilene, Texas 79602
(325) 674-1261 Telephone
(325) 674-1306 Fax

By: /s/ Frank R. Stamey
      Frank R. Stamey
      Assistant District Attorney
      State Bar No. 19023900
      frank.stamey@taylorcounty.texas.gov

McMAHON SUROVIK SUTTLE, P.C.
P.O. Box 3679
Abilene, Texas 79604
(325) 676-9183 Telephone
(325) 676-8836 Fax

By: /s/ Robert B. Wagstaff
      Robert B. Wagstaff
      State Bar No. 20665000
      rwagstaff@mcmahonlawtx.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the above and foregoing instrument was filed electronically with the Court's electronic filing system on this 24th day of May, 2024, and served on the pro se Plaintiff via certified and first class mail in accordance with the Federal Rules of Civil Procedure and LR5.1 of the Northern District of Texas.

Menion M. Samuels, ID #65190          **VIA CM/RRR 9589 0710 5270 0643 8185 40**
Taylor County Adult                   **AND FIRST CLASS MAIL**
  Detention Center
910 S. 27th St.
Abilene, TX 79602


    /s/ Robert B. Wagstaff
**Robert B. Wagstaff**