UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| MENION MARQUIS SAMUELS,<br>Institutional ID No. 65190,<br><br>    *Plaintiff*,<br><br>v.<br><br>SGT. KEVIN HENRY, LT. TONY POLLOCK,<br>CAPT. ANGEL GONZALES, CHIEF TIM<br>TRAWICK, and SHERIFF RICKY BISHOP,<br><br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil No. 1:23-cv-00132-BU |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
## and MOTION FOR JUDGMENT ON THE PLEADINGS

TO THE HONORABLE JUDGE:

COME NOW Sgt. Kevin Henry, Lt. Tony Pollock, Capt. Angel Gonzales, Chief Tim Trawick, and Sheriff Ricky Bishop, Defendants in the above numbered cause, and move for an order granting final summary judgment against Plaintiff Menion Marquis Samuels.

1. Defendants move for summary judgment under FRCP 56 as the Plaintiff's claims against these Defendants are barred by Qualified Immunity and Plaintiff has no evidence to establish one or more of the elements of each of his claims against the Defendants. Since the issue of Qualified Immunity shifts the burden to the Plaintiff to prove the inapplicability of the defense, this is essentially a no evidence motion for summary judgment. Each specific element of the defenses and claims upon which this motion is brought are set forth in the brief in support.

2. Alternatively, Defendants move for judgment on the pleadings pursuant to FRCP 12(c) dismissing Plaintiff's claims against them as the facts alleged do not defeat the affirmative defenses or even if taken as true, support Plaintiff's claims that Defendants are refusing to treat him for known medical conditions or that Plaintiff's life is in danger.

3. This motion is based on the pleadings and papers on file in this case and the attached memorandum of points and authorities.

Respectfully submitted,

James Hicks
Taylor County District Attorney
300 Oak Street, Suite 300
Abilene, Texas 79602
(325) 674-1261 Telephone
(325) 674-1306 Fax

By: /s/ Frank R. Stamey
    Frank R. Stamey
    Assistant District Attorney
    State Bar No. 19023900
    frank.stamey@taylorcounty.texas.gov

McMAHON SUROVIK SUTTLE, P.C.
P.O. Box 3679
Abilene, Texas 79604
(325) 676-9183 Telephone
(325) 676-8836 Fax

By: /s/ Robert B. Wagstaff
    Robert B. Wagstaff
    State Bar No. 20665000
    rwagstaff@mcmahonlawtx.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the above and foregoing instrument was filed electronically with the Court's electronic filing system on this 16th day of December, 2024, and served on the pro se Plaintiff via certified and first class mail in accordance with the Federal Rules of Civil Procedure and LR5.1 of the Northern District of Texas.

Menion M. Samuels, ID #65190          **VIA CM/RRR 9589 0710 5270 0988 1968 91**
Taylor County Adult                          **AND FIRST CLASS MAIL**
   Detention Center
910 S. 27th St.
Abilene, TX 79602


   /s/ Robert B. Wagstaff
ROBERT B. WAGSTAFF