UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| MENION MARQUIS SAMUELS,<br>Institutional ID No. 65190,<br><br>  *Plaintiff*,<br><br>v.<br><br>SGT. KEVIN HENRY, LT. TONY POLLOCK,<br>CAPT. ANGEL GONZALES, CHIEF TIM<br>TRAWICK, and SHERIFF RICKY BISHOP,<br><br>  *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil No. 1:23-cv-00132-BU |

## <u>ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br>and MOTION FOR JUDGMENT ON THE PLEADINGS</u>

After considering the Motion for Summary Judgment and Motion for Judgment on the

Pleadings filed by Defendants Sgt. Kevin Henry, Lt. Tony Pollock, Capt. Angel Gonzales, Chief

Tim Trawick, and Sheriff Ricky Bishop, and the response, the Court GRANTS the motion on the

summary judgment grounds and dismisses Plaintiff's suit against Defendants with prejudice.

SIGNED on _____, 2024.

_____
JAMES WESLEY HENDRIX
U.S. DISTRICT JUDGE

ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT                                    SOLO PAGE
and MOTION FOR JUDGMENT ON THE PLEADINGS