IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MENION MARQUIS SAMUELS
Institutional ID No. 65190,

          Plaintiff,

v.

KEVIN HENRY, *et al.*,

          Defendants.

§
§
§
§
§
§
§
§
§
§
§

No. 1:23-CV-132-H

## MEDIATION SUMMARY REPORT

United States District Judge James Wesley Hendrix referred this case for mediation. Dkt. No. 37. The undersigned magistrate judge conducted a video-conference mediation on December 9, 2025. The parties and counsel conducted negotiations in good faith but were unable to resolve this matter.

Dated: December __10__, 2025.

_____
AMANDA 'AMY' R. BURCH
UNITED STATES MAGISTRATE JUDGE