IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| MENION MARQUIS SAMUELS,<br>Institutional ID No. 65190 | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 1:23-CV-132-H |
| KEVIN HENRY, *et al.*, | § § | |
| Defendants. | § § | |

## UNOPPOSED MOTION TO WITHDRAW

Pursuant to Local Civil Rule 7.1 and Local Rule 83.12(a), Ryan Ward, Counsel to Plaintiff

Menion Samuels ("Plaintiff") in the above-captioned action, respectfully moves to withdraw as

counsel of record.  Good cause exists because it is no longer feasible for Counsel to continue its

legal representation of Plaintiff and Plaintiff consents to the withdrawal.

The Defendants do not oppose the requested relief.  Movant respectfully requests that the

Clerk of Court remove Ryan Ward from the docket in this case and discontinue all electronic

notifications of future filings.

Dated: Feburary 3, 2026

Respectfully Submitted,


By: */s/ Ryan T. Ward*
  Ryan T. Ward
  State Bar No. 24130188
  BAKER BOTTS L.L.P.
  2001 Ross Ave., Suite 900
  Dallas, Texas 75201
  Telephone: (214) 953-6931
  Ryan.ward@bakerbotts.com
  *Attorney for Plaintiff*

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 19, 2025, I conferred with counsel for Defendants and was informed that they do not oppose the withdrawal.

*/s/ Ryan T. Ward*
Ryan T. Ward

## CERTIFICATE OF SERVICE

I hereby certify that on February 3 , 2026 , a true and correct copy of the foregoing was served on all known counsel of record by the electronic filing system.

Ryan T. Ward

Agreed and approved,

Menion Samuels, Plaintiff
Institutional ID No. 65190
Taylor County Detention Center
910 S 27th Street
Abilene, TX 79602
Phone: (325) 691-7423

514919321.2