IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| MENION MARQUIS SAMUELS, | § | |
| Institutional ID No. 65190 | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:23-CV-132-H |
| | § | |
| KEVIN HENRY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## (PROPOSED) ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

The Court has considered the unopposed motion filed by Ryan Ward seeking leave to withdraw as counsel for Plaintiff Menion Samuels. Having found that the motion is well-founded, the Court hereby GRANTS the requested relief. Accordingly, Ryan Ward is hereby withdrawn as counsel for Plaintiff Menion Samuels.

So ordered on _____, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE