UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| MENION MARQUIS SAMUELS,<br>Institutional ID No. 65190,<br><br>    *Plaintiff*,<br><br>v.<br><br>SGT. KEVIN HENRY, LT. TONY POLLOCK,<br>CAPT. ANGEL GONZALES, CHIEF TIM<br>TRAWICK, and SHERIFF RICKY BISHOP,<br><br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil No. 1:23-cv-00132-H |

## DEFENDANTS' EXPERT DISCLOSURES UNDER RULE 26(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Defendants Sgt. Kevin Henry, Lt. Tony Pollock, Capt. Angel Gonzales, Chief Tim Trawick, and Sheriff Ricky Bishop make the following expert disclosures:

26(a)(2)(C)    Witnesses Who Do Not Provide a Written Report:

The following are persons that are likely to have information that Taylor County

Defendants may use to support their defenses in this case:

Sheriff Ricky Bishop
Taylor County Sheriff's Dept.
450 Pecan St.
Abilene, TX 79602
(325) 674-1300

Sheriff Bishop will testify as to the policies and procedures employed by the Taylor County Detention Center for the accommodation of the prisoners' religious faiths.

Agents and/or employees of the Taylor County Detention Center, including but not limited to the following:
Sgt. Kevin Henry
Lt. Tony Pollock
Chief Angel Gonzales
Chief Tim Trawick
910 S. 27th St.
Abilene, TX 79602
(325) 691-7422

These individuals will testify as to their knowledge of the policies and procedures in place at the Taylor County Detention Center for the accommodation of the prisoners' religious faiths.

Finally, Defendants reserve the right to add to the above opinions following the completion of discovery.

Without comment as to whether they are qualified as experts, Defendants further reserve the right to elicit opinions from the individuals named as experts by the Plaintiff.


Respectfully submitted,


BY: /s/ Robert B. Wagstaff
**Robert B. Wagstaff**
**Attorney-in-Charge**
**State Bar No. 20665000**
**rwagstaff@mcmahonlawtx.com**

MCMAHON SUROVIK SUTTLE, P.C.
P. O. Box 3679
Abilene, TX  79604
(325) 676-9183 Telephone
(325) 676-8836 Fax

ATTORNEY FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

This is to certify that a true copy of the above and foregoing instrument was filed electronically with the Court's electronic filing system on this 1st day of May, 2026, and served on the pro se Plaintiff via certified and first class mail in accordance with the Federal Rules of Civil Procedure and LR5.1 of the Northern District of Texas.

Menion M. Samuels, ID #65190          **VIA CM/RRR 9589 0710 5270 2238 9319 00**
Taylor County Adult                   **AND FIRST CLASS MAIL**
   Detention Center
910 S. 27th St.
Abilene, TX 79602


  /s/ Robert B. Wagstaff
ROBERT B. WAGSTAFF