IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MENION MARQUIS SAMUELS

05/02/26

NO 1:23-CV-132-H

District Clerk:

    I'm writing to inform the court that upon Baker Botts withdrawing from representation I was told by Ryan Ward, the attorney that represented me, that the court would appoint me another attorney.

    I have been transfered from TCDC (Taylor County Detention Center) to Middleton Unit. In that process you no longer have access to a phone. I'm housed on K bldg. which does not have phones on the bldg. I have been here a mth. I have requested to make a phone call hoping that I could speak with Mr. Ryan Ward to see if the "Witness List" would amended because the time line says May 1, 2026 however I have not been allowed to talk to any one at this moment.

    On May 27th I spoke with both Warden Braden & Warden Lopez about my upcoming deadlines & I was assured I would get a phone call & a tablet. However nothing actually happened. I went to G Bldg. on or about the 30th & spoke to Ms. Cortinez after a phone call I was supposed to be allowed to go to the law library to make a call. However the woman at law Library relaid a message through Ms. Cortinez that "I need to get off my mess" All court goes through Huntsville and they will get me when they are ready." I had previously asked her her name for the record only to be denied.

    There was things I wanted done. There is a Mosque (Masjid) in Lubbock that I wanted to write in order to get someone who knows of the religion to speak about certain topics.

    I also wanted to know if the court planned on getting me another attorney.?

Mr. Samuels



FOREVER USA
PURPLE HEART

2004469 Samuels M
John Middleton Unit
13055 FM 3522
Abilene, TX 79601

RECEIVED
MAY 6 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

X-RAY

United States District Clerk Office
US Post Bldg, 341 Pine St Rm 2008
Abilene, Tx. 79601-

LEGAL MAIL

LEGAL MAIL

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - INSTITUTIONAL
DIVISION