UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MENION MARQUIS SAMUELS,
Institutional ID No. 02604469
                   Plaintiff,

v.                                        No. 1:23-CV-00132-H

KEVIN HENRY, *et al.*,

                   Defendants.

## ORDER

The Court recently noted Plaintiff's apparent release from the Taylor County Detention Center and his inactivity after his court-appointed counsel withdrew from representation and ordered Plaintiff to file a notice of his intent to proceed with his remaining claims. Dkt. No. 48. *Id.* Plaintiff has now notified the Court that he was transferred into the custody of the Texas Department of Criminal Justice, and he provided his updated address. Dkt. No. 49. He asks the Court not to "use the lapse of time against [him]." *Id.* Separately, he asks whether the Court will appoint him new counsel. Dkt. No. 50.

Plaintiff's correspondence makes clear that he intends to proceed to trial with his claims. The Court appointed counsel to represent Plaintiff earlier in the case. Dkt. Nos. 33, 34. But after assisting Plaintiff through mediation, counsel notified the Court that it was no longer feasible to continue the pro bono representation and withdrew with Plaintiff's consent. Dkt. No. 45. Now, given the posture and record of this case, the Court finds that appointment of new counsel will benefit the plaintiff, the defendants, and the Court by "shortening the trial and assisting in just determination." *Parker v. Carpenter*, 978 F.2d 190,

193 (5th Cir. 1992) (citing *Murphy v. Kellar*, 950 F.2d 290, 293 n.14 (5th Cir. 1992) (quoting

*Cooper v. Sheriff, Lubbock Cnty., Tex.*, 929 F.2d 1078, 1084 (5th Cir. 1991))).

As a result, the Court appoints John Greil with the University of Texas School of

Law,[1] 727 E. Dean Keeton Street, Austin, TX 78705, to represent Plaintiff Samuels in this

civil action.

So ordered.

Dated May ___, 2026.

_____
JAMES WESLEY HENDRIX
United States District Judge

---

[1]The Court's appointment will extend to any attorney affiliated with UT's Law and Religion Clinic who enters an appearance on behalf of the plaintiff. However, reimbursement of expenses and fees under the Court's plan is limited on a per-case basis, and additional funds are not available. *See* https://www.txnd.uscourts.gov/pro-bono-plan-reimbursement.