TXND - PBP-20 Appointment of Pro Bono Counsel (Rev. 8/11)

| 1. CASE NO. | 2. PERSON REPRESENTED |
|---|---|
| 1:23-cv-00123-H | Plaintiff - Menion Marquis Samuels |

| 3. ATTORNEY'S NAME, First Name, M.I., Last Name, including any suffix, and MAILING ADDRESS (*List all attorneys if more than one is appointed.*) | 4. COURT ORDER APPOINTING COUNSEL |
|---|---|
| John Greil<br><br>UT Law and Religion Clinic<br><br>727 E. Dean Keeton Street<br><br>Austin, Texas 78705<br><br>Telephone Number: (512) 471-5151<br><br>E-mail Address: john.greil@law.utexas.edu | Because the above-named person represented has satisfied this Court that he or she is financially unable to employ counsel and that (1) exceptional circumstances justify the appointment of counsel, or (2) he or she has diligently attempted to obtain counsel and the merits of the case justify appointment, the attorney (or attorneys, if more than one is appointed) whose name appears in item 3 is appointed to represent the person in this case.<br><br>_____<br>Signature of Presiding Judge<br>5/8/26<br>Date of Order |

## CLAIM FOR FEES AND EXPENSES

| DATE OF CASE COMPLETION | APPOINTMENT TERMINATION DATE (*Only if different from Case Completion Date*) |
|---|---|
| | |

| CATEGORIES<br>(*An itemized statement and receipts must be attached.*) | AMOUNT |
|---|---|
| Fees (*Fees must not exceed $1,000 per case.*) | $_____ |
| Depositions and Transcripts | $_____ |
| Investigative or Expert Services (*Prior court approval is required. State the date approval was given:* _____ ) | $_____ |
| Travel Expenses | $_____ |
| Fees for Service of Process | $_____ |
| Interpreter Services | $_____ |
| Photocopying, Telephone Calls, Other | $_____ |
| **TOTAL AMOUNT CLAIMED:** | $ 0.00 |

I certify that the above fees and expenses were incurred in the preparation and presentation of this case. These fees and expenses do not include any fees or expenses, either waived or recoverable, under any provisions of law or under any other plan. Additionally, no fees and/or expenses were awarded under a judgment in a suit before this Court.

Signature of Attorney(s)_____ Date _____

### APPROVED FOR PAYMENT - COURT USE ONLY

| SIGNATURE OF PRESIDING JUDGE | DATE | TOTAL AMOUNT APPROVED |
|---|---|---|
| | | |
| SIGNATURE OF CHAIRPERSON, NON-APPROPRIATED FUND COMMITTEE | DATE | TOTAL AMOUNT APPROVED |