UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| MENION MARQUIS SAMUELS,<br>Institutional ID No. 65190,<br><br>*Plaintiff*,<br><br>v.<br><br>SGT. KEVIN HENRY, LT. TONY POLLOCK, CAPT. ANGEL GONZALES, CHIEF TIM TRAWICK, and SHERIFF RICKY BISHOP,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil No. 1:23-cv-00132-H |

**DEFENDANTS' AMENDED EXPERT DISCLOSURES UNDER RULE 26(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Defendants Sgt. Kevin Henry, Lt. Tony Pollock, Capt. Angel Gonzales, Chief Tim Trawick, and Sheriff Ricky Bishop make the following expert disclosures:

26(a)(2)(C) Witnesses Who Do Not Provide a Written Report:

The following are persons that are likely to have information that Taylor County Defendants may use to support their defenses in this case:

Sheriff Ricky Bishop
Taylor County Sheriff's Dept.
450 Pecan St.
Abilene, TX 79602
(325) 674-1300

Sheriff Bishop will testify as to the policies and procedures employed by the Taylor County Detention Center for the accommodation of the prisoners' religious faiths. He will also testify as to the Texas Jail Standards in this regard and compliance with same as to all religious affiliations.

Agents and/or employees of the Taylor County Detention Center, including but not limited to the following:
Sgt. Kevin Henry
Lt. Tony Pollock (ret)
Chief Angel Gonzales
Chief Tim Trawick (ret)
910 S. 27th St.
Abilene, TX 79602
(325) 691-7422

These individuals will testify as to their knowledge of the policies and procedures in place at the Taylor County Detention Center for the accommodation of the prisoners' religious faiths and specifically what was done to accommodate Mr. Samuels. They have knowledge and compliance with the Texas Jail Standards on religious accommodation. They will testify as to Plaintiff's ability to practice his faith, what he was allowed to have in this regard and his particular reasonable accommodations, as well as accommodations for all religions. They will testify concerning the grievances filed by Plaintiff and the basis thereof and their resolution of same.

Samy A. Ayoub, Ph.D.
Department of Middle Eastern Studies
University of Texas at Austin
204 E. 21st St.
Austin, TX 78712
(512) 471-0866

The above named is the retained expert witness for Plaintiff. While Defendants do not believe Professor Ayoub, who is a lawyer, should be allowed to provide opinions concerning what he believes legally should be done by the Defendants, any testimony allowed should be limited to religious and not legal issues, which is not proper expert testimony. Regardless, Defendants reserve the right to cross-examine and elicit opinions from this witness.

Finally, Defendants reserve the right to add to the above opinions following the completion of discovery.

Respectfully submitted,

BY: /s/ Robert B. Wagstaff

**Robert B. Wagstaff**
**Attorney-in-Charge**
**State Bar No. 20665000**
**rwagstaff@mcmahonlawtx.com**

MCMAHON SUROVIK SUTTLE, P.C.
P. O. Box 3679
Abilene, TX 79604
(325) 676-9183 Telephone
(325) 676-8836 Fax

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the above and foregoing instrument was filed electronically with the Court's electronic filing system on this 7th day of August, 2026, and served on all attorneys of record in accordance with the Federal Rules of Civil Procedure and LR5.1 of the Northern District of Texas.

/s/ Robert B. Wagstaff
ROBERT B. WAGSTAFF