UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| MENION MARQUIS SAMUELS,<br>Institutional ID No. 65190,<br><br>*Plaintiff*,<br><br>v.<br><br>SGT. KEVIN HENRY, LT. TONY POLLOCK, CAPT. ANGEL GONZALES, CHIEF TIM TRAWICK, and SHERIFF RICKY BISHOP,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil No. 1:23-cv-00132-H |

**<u>DEFENDANTS' WITNESS LIST</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants Sgt. Kevin Henry, Lt. Tony Pollock, Capt. Angel Gonzales, Chief Tim Trawick, and Sheriff Ricky Bishop, and file this their witness list as follows:

I.

<u>FACT WITNESSES</u>

Sheriff Ricky Bishop
Taylor County Sheriff's Dept.
450 Pecan St.
Abilene, TX 79602
(325) 674-1300

Sheriff Bishop will testify as to the policies and procedures employed by the Taylor County Detention Center for the accommodation of the prisoners' religious faiths. Sheriff Bishop's testimony at trial is probable.

Agents and/or employees of the Taylor County Detention Center, including but not limited to the following:
Sgt. Kevin Henry
Lt. Tony Pollock (ret)
Chief Angel Gonzales
Chief Tim Trawick (ret)
910 S. 27th St.
Abilene, TX 79602
(325) 691-7422

These individuals will testify as to their knowledge of the policies and procedures in place at the Taylor County Detention Center for the accommodation of the prisoners' religious faiths. The testimony of some or all of these Defendants is probable.

Menion Samuels
Bill Clements Unit
9601 Spur 591
Amarillo, TX 79107

Mr. Samuels is expected to testify regarding his alleged inability to practice the Muslim faith while incarnated in the Taylor County jail.

Samy A. Ayoub, Ph.D.
Department of Middle Eastern Studies
University of Texas at Austin
204 E. 21st St.
Austin, TX 78712
(512) 471-0866

Dr. Ayoub is Plaintiff's expert witness and is expected to testify regarding the Muslim faith.

The Defendants reserve the right to supplement this list upon the completion of discovery and reserve the right to call any witness listed by Plaintiff.

Respectfully submitted,

James Hicks
Taylor County District Attorney
300 Oak Street, Suite 300
Abilene, Texas 79602
(325) 674-1261 Telephone
(325) 674-1306 Fax

By: /s/ Frank R. Stamey
Frank R. Stamey
Assistant District Attorney
State Bar No. 19023900
frank.stamey@taylorcounty.texas.gov

McMAHON SUROVIK SUTTLE, P.C.
P.O. Box 3679
Abilene, Texas 79604
(325) 676-9183 Telephone
(325) 676-8836 Fax

By: /s/ Robert B. Wagstaff
Robert B. Wagstaff
State Bar No. 20665000
rwagstaff@mss.law

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the above and foregoing instrument was filed electronically with the Court's electronic filing system on this 24th day of August, 2026, and served on all counsel in accordance with the Federal Rules of Civil Procedure and LR5.1 of the Northern District of Texas.

/s/ Robert B. Wagstaff
ROBERT B. WAGSTAFF