UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| MENION MARQUIS SAMUELS,<br>Institutional ID No. 65190,<br><br>*Plaintiff*,<br><br>v.<br><br>SGT. KEVIN HENRY, LT. TONY POLLOCK, CAPT. ANGEL GONZALES, CHIEF TIM TRAWICK, and SHERIFF RICKY BISHOP,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil No. 1:23-cv-00132-H |

**<u>JOINT MOTION FOR LEAVE TO FILE EXHIBIT LISTS</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Menion Marquis Samuels, Plaintiff, and Sgt. Kevin Henry, Lt. Tony Pollock, Capt. Angel Gonzales, Chief Tim Trawick, and Sheriff Ricky Bishop, Defendants, and file this their joint motion for leave to file their exhibit lists one day late and in support would state:

1.

Per the Court's Amended pretrial Notice and Order, the deadline for the parties to file their exhibit lists was August 24, 2026 (Doc. 57).

2.

Movants would state that justice requires the granting of this motion for leave to file their exhibits lists late due to the trial schedule of counsel for the Defendants.

3.

Having returned from vacation earlier in the week, Counsel for Defendants was unexpectedly

in Austin, Texas on Friday, August 21, in a hearing that had been scheduled for August 28, but was moved up one week. On Wednesday August 19, Counsel for Defendants was called to trial in the County Court at Law No. 2 in Taylor County, Texas to start August 24 in *Cause No. 25243; Thomas v. Progressive County Mutual Insurance Company*. The trial lasted 2 days. Counsel for Plaintiff and Defendants were able to get the Joint Pre-Trial Order and their respective witness lists filed on the 24th per the Court's order. However, due to the constraints of readying for trial and trial itself, the exchange of proposed exhibit lists and objections was not completed until today, August 27. Counsel for both parties have been conferring daily since last Thursday to get this completed as expeditiously as possible.

4.

Attached hereto as Exhibits "A" and "B" are the Plaintiff's Exhibit List and the Defendants' Exhibit List, respectively.

WHEREFORE, Plaintiff and Defendants request the Court permit all parties leave to file their exhibit lists in conjunction with this motion in accordance with Local and Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ John Greil

John Greil
LAW AND RELIGION CLINIC
UNIVERSITY OF TEXAS SCHOOL OF LAW
727 East Dean Keeton St.
Austin, TX 78705
(512) 471-5151
E-mail: john.greil@law.utexas.edu

Richard D Salgado
MCDERMOTT WILL & SCHULTE LLP
2801 North Harwood Street
STE 2600
Dallas, TX 75201
(214) 210-2797
E-mail: Richard.salgado@mwe.com

ATTORNEYS FOR PLAINTIFF

/s/ Robert B. Wagstaff

Robert B. Wagstaff
MCMAHON SUROVIK SUTTLE, P.C.
P.O. Box 3679
Abilene, TX 79604
(325) 676-9183
rwagstaff@mcmahonlawtx.com

ATTORNEY FOR DEFENDANTS