**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

MENION MARQUIS SAMUELS,

Plaintiff,

v.

KEVIN HENRY, *et al.*,

Defendants.

No. 1:23-CV-00132-H

**PLAINTIFF'S EXHIBIT LIST**

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(iii) and the Court's May 18, 2026 Pretrial Notice and Order (ECF 44), as amended (ECF 57), Plaintiff Menion Marquis Samuels ("Samuels") hereby submits his Trial Exhibit List.

Samuels further reserves the right to offer or use any exhibits (whether designated below or by Samuels) as may be necessary for cross-examination, impeachment, or rebuttal.

| Plaintiff's Exhibit List | | | |
|---|---|---|---|
| Exhibit | Date | Description | Bates Number |
| 1) | 4/14/22 | 4/14/2022 Grievance (ID: 27503618) concerning confiscation of Samuels' prayer rug, kufi, and Quran upon intake. | DEFS 1 |
| 2) | 5/15/22 | 5/15/2022 Grievance (ID: 27848998) concerning request for a prayer rug and Quran. | DEFS 2 |
| 3) | 7/30/22 | 7/30/2022 Grievance (ID: 28725882) concerning request for prayer rug. | DEFS 3 |
| 4) | 3/22/23 | 3/22/23 Grievance (ID: 31246283) concerning denial of Ramadan meals. | DEFS 4 |

| | | | |
|---|---|---|---|
| 5) | 4/30/23 | 4/30/23 Grievance (ID: 31624416) concerning continued denial of prayer materials and group service. | DEFS 8-9 |
| 6) | 5/8/23 | 5/8/23 Grievance (ID: 31700128) concerning seizure of previously approved prayer towel | DEFS 10 |
| 7) | 3/12/24 | 3/12/24 Grievance (ID: 34445213) concerning rejected request for cell transfer and inability to access group worship | DEFS 12-13 |
| 8) | 4/1/24 | 4/12/24 Grievance (ID: 34621272) concerning inability to access group worship and leaking toilet in cell | DEFS 14 |
| 9) | 4/14/22 | Samuels' TCDC classification records from 4/14/22 to 12/12/23. | DEFS 15-26 |
| 10) | 12/4/20 | Taylor County Jail Inmate Handbook | DEFS 41-62 |
| 11) | 12/22/1999 | 37 Tex. Admin. Code § 269.4 - Equitable Treatment (Texas Commission on Jail Standards) | DEFS 63 |
| 12) | Undated | Taylor County Sheriff's Office policy on religious programs | DEFS 64 |
| 13) | Undated | Taylor County Sheriff's Office policy on inmate rights and privileges | DEFS 65 |
| 14) | 11/5/24 | 11/5/24 Grievance (ID: 36430632) concerning taking of prayer towel. | DEFS 97 |
| 15) | 12/9/24 | 12/9/24 Grievance (ID: 36713956) concerning importance of prayer rug and adequacy of prayer space in cell. | DEFS 99 - 100 |
| 16) | 3/1/25 | 3/1/25 Grievance (ID: 37394282) concerning Ramadan meal availability | DEFS 101 |
| 17) | 3/12/25 | 3/12/25 Grievance (ID: 37487274) concerning availability of ice during Ramadan | DEFS 102 |
| 18) | 5/2/22 | 5/2/22 Property Request (ID: 27698593) for Samuels' Quran. | DEFS 116 |

| | | | |
|---|---|---|---|
| 19) | 4/15/22 | 4/15/22 Supervisor Inquiry (ID: 27516889) concerning Samuels' request to be placed on Ramadan list and to have his prayer rug and Quran returned. | DEFS 119 |
| 20) | 4/21/22 | 4/21/22 Supervisory Inquiry (ID: 27585535) concerning Quran availability on tablet. | DEFS 120 |
| 21) | 4/24/22 | 4/24/22 Supervisor Inquiry (ID: 27617259) concerning facility accommodations for Eid. | DEFS 123 |
| 22) | 4/29/22 | 4/26/22 Supervisor Inquiry (ID: 27680313) concerning facility accommodations for Eid. | DEFS 125 |
| 23) | 5/9/22 | 5/9/22 Supervisor Inquiry (ID: 27786219) concerning taking of prayer towel during shakedown. | DEFS 127 |
| 24) | 7/1/22 | 7/1/22 Supervisor Inquiry (ID: 28403166) concerning prayer schedule. | DEFS 134 |
| 25) | 7/4/22 | 7/4/22 Supervisor Inquiry (ID: 28430819) concerning prayer schedule and providing website. | DEFS 136 |
| 26) | 9/8/22 | 9/8/22 Supervisor Inquiry (ID: 29178100) concerning ordering Quran. | DEFS 139 |
| 27) | 12/23/22 | 12/23/22 Supervisor Inquiry (ID: 30352650) concerning lack of access to Quran and prayer schedule. | DEFS 148 |
| 28) | 1/29/23 | 1/29/23 Supervisor Inquiry (ID: 30713497) concerning Ramadan start dates. | DEFS 150 |
| 29) | 2/27/23 | 2/27/23 Supervisor Inquiry (ID: 31013469) concerning getting Samuels' Quran out of property. | DEFS 156 |
| 30) | 2/28/23 | 2/28/23 Supervisor Inquiry (ID: 31028840) concerning writing down the marks in Samuels' Quran. | DEFS 158 |
| 31) | 3/2/23 | 3/2/23 Supervisor Inquiry (ID: 31048215) concerning request for Samuels' Quran. | DEFS 159 |
| 32) | 3/2/23 | 3/2/23 Supervisor Inquiry (ID: 31050262) concerning request for Samuels' Quran. | DEFS 160 |

| | | | |
|---|---|---|---|
| 33) | 3/22/23 | 3/22/23 Supervisor Inquiry (ID: 31249710) concerning Ramadan meal list. | DEFS 164 |
| 34) | 4/3/22 | 4/3/22 Supervisor Inquiry (ID: 31366179) concerning adequacy of Ramadan meals. | DEFS 165 |
| 35) | 7/7/23 | 7/7/23 Supervisor Inquiry (ID: 32251709) concerning taking of prayer towel. | DEFS 167 |
| 36) | 1/5/24 | 1/5/24 Supervisor Inquiry (ID: 33869176) concerning pre-Ramadan conversation | DEFS 178 |
| 37) | 2/18/24 | 2/18/24 Supervisor Inquiry (ID: 34242153) concerning conversation with Lt. Pollock. | DEFS 180 |
| 38) | 2/29/24 | 2/29/24 Supervisor Inquiry (ID: 34344431) concerning Eid feast. | DEFS 181 |
| 39) | 3/1/24 | 3/1/24 Supervisor Inquiry (ID: 34353758) concerning Eid feast. | DEFS 182 |
| 40) | 3/6/24 | 3/6/24 Supervisor Inquiry (ID: 34391539) concerning moving to 310 to practice Ramadan with a fellow Muslim. | DEFS 184 |
| 41) | 3/12/24 | 3/12/24 Supervisor Inquiry (ID: 34442900) concerning re-requesting move to 310. | DEFS 185 |
| 42) | 3/17/24 | 3/17/24 Supervisor Inquiry (ID: 34489626) concerning request for kufi and prayer rug during Ramadan. | DEFS 186 |
| 43) | 3/28/24 | 3/28/24 Supervisor Inquiry (ID: 34591370) concerning leaking toilet. | DEFS 187 |
| 44) | 4/10/24 | 4/10/24 Supervisor Inquiry (ID: 34693899) concerning discussion of Eid. | DEFS 188 |
| 45) | 4/10/24 | 4/10/24 Supervisor Inquiry (ID: 34694402) concerning celebration of Eid. | DEFS 189 |
| 46) | 4/11/24 | 4/11/24 Supervisor Inquiry (ID: 34702858) concerning provision of information about Islam and apology. | DEFS 190 |

| | | | |
|---|---|---|---|
| 47) | 4/12/24 | 4/12/24 Supervisor Inquiry (ID: 34712650) concerning right to sue. | DEFS 191 |
| 48) | 4/15/24 | 4/15/24 Supervisor Inquiry (ID: 34739085) concerning sending papers to Lt. Moore. | DEFS 192 |
| 49) | 4/16/24 | 4/16/24 Supervisor Inquiry (ID: 34746925) concerning location of papers. | DEFS 193 |
| 50) | 4/17/24 | 4/17/24 Supervisor Inquiry (ID: 3475873) concerning contact information for attaining appropriate Quran. | DEFS 194 |
| 51) | 6/17/24 | 6/17/24 Supervisor Inquiry (ID: 35260422) concerning re-requesting move to 310. | DEFS 198 |
| 52) | 6/18/24 | 6/18/24 Supervisor Inquiry (ID: 35262758) concerning request to Dorsey for housing move. | DEFS 199 |
| 53) | 12/6/24 | 12/6/24 Supervisor Inquiry (ID: 36693972) concerning prayer rug, prayer towel removal, and general grievance. | DEFS 210 |
| 54) | 12/6/24 | 12/6/24 Supervisor Inquiry (ID: 36694057) concerning Ramadan and Eid feast. | DEFS 211 |
| 55) | 12/31/24 | 12/31/24 Supervisor Inquiry (ID: 36885339) concerning Muslim in kitchen who can do Eid. | DEFS 212 |
| 56) | 1/10/25 | 1/10/25 Supervisor Inquiry (ID: 36974672) concerning writing the marks in Quran. | DEFS 214-15 |
| 57) | 2/18/25 | 2/18/25 Supervisor Inquiry (ID: 37300863) concerning writing the marks in Quran. | DEFS 216-17 |
| 58) | 2/25/25 | 2/25/25 Supervisor Inquiry (ID: 37360873) concerning request for kufi during Ramadan. | DEFS 218 |
| 59) | 3/1/25 | 3/1/25 Supervisor Inquiry (ID: 37397955) concerning prayer schedule for the month. | DEFS 219 |
| 60) | 12/8/25 | 12/8/25 Supervisor Inquiry (ID: 39962466) concerning Ramadan meal preparation. | DEFS 225 |
| 61) | 1/6/26 | 1/6/26 Supervisor Inquiry (ID: 40236603) concerning Ramadan start. | DEFS 226 |

| | | | |
|---|---|---|---|
| 62) | 2/13/26 | 2/13/26 Supervisor Inquiry (ID: 40642615) concerning Ramadan start and kitchen trays. | DEFS 230 |
| 63) | 2/17/26 | 2/17/26 Supervisor Inquiry (ID: 40686754) concerning religious volunteers. | DEFS 231 |
| 64) | 2/17/26 | 2/17/26 Supervisor Inquiry (ID: 40689073) concerning serving of lunch trays. | DEFS 232 |
| 65) | 3/18/26 | 3/18/26 Supervisor Inquiry (ID: 40986483) concerning ice. | DEFS 233 |
| 66) | 4/4/23 | 4/4/23 Tip Line (ID: 31374819) – Samuels provides book title for information on Eid. | DEFS 235 |
| 67) | 4/18/23 | 4/18/23 Tip Line (ID: 31505897) – Samuels provides a masjid to call and discuss Eid. | DEFS 236 |
| 68) | 8/11/2026 | Electronic log of Samuels' property held by TCDC, dated by time received | DEFS 238-39 |
| 69) | 3/12/23 to 6/20/24 | Five separate prisoner property receipts for books sent to Samuels by Islamic organizations | DEFS 240-44 |
| 70) | 3/30/26 | Record of property held by TCDC and taken to TCDJ upon Samuels' release from TCDC | DEFS 245 |
| 71) | | NO EXHIBIT | |
| 72) | | NO EXHIBIT | |
| 73) | 6/25/2000 | 37 Tex. Admin. Code § 291.5 - Inmate Religious Practices Plan (Texas Commission on Jail Standards) | No Bates Stamp |
| 74) | 12/22/1999 | 37 Tex. Admin. Code § 283.3 - Inmate Grievance Plan (Texas Commission on Jail Standards) | No Bates Stamp |
| 75) | | Prayer rug belonging to Samuels, confiscated by TCDC upon intake on April 14, 2022. | No Bates Stamp (Physical Exhibit) |
| 76) | | Kufi (Islamic head covering) belonging to Samuels, confiscated by TCDC upon intake on April 14, 2022 | No Bates Stamp (Physical Exhibit) |
| 77) | 10/24/22 | U.S. Dep't of Justice, Federal Bureau of Prisons, Program Statement 5360.10, "Religious Beliefs and Practices" (Oct. 24, 2022) (excerpts) | No Bates Stamp |
| 78) | 3/27/02 | BOP Technical Reference Manual T5360.01, "Practical Guidelines for Administration of Inmate | No Bates Stamp |

| | | | |
|---|---|---|---|
| | | Religious Beliefs and Practices" (Mar. 27, 2002) (excerpts) | |
| 79) | 11/9/11 | U.S. Dep't of Justice, Federal Bureau of Prisons, Program Statement 5266.11, "Incoming Publications" (Nov. 9, 2011) | No Bates Stamp |
| 80) | Aug. 2012 | Texas Dep't of Criminal Justice, Rehabilitation Programs Division, Chaplaincy Department Manual (Aug. 2012) (excerpts) | No Bates Stamp |
| 81) | 2019 | U.S. Dep't of Homeland Security, U.S. Immigration and Customs Enforcement, National Detention Standards for Non-Dedicated Facilities (Revised 2019), Standard 5.3, "Religious Practices." | No Bates Stamp |
| 82) | Nov. 2023 | Escambia County (Fla.) Corrections Dep't, Inmate Handbook (excerpts) | No Bates Stamp |
| 83) | Nov. 2023 | California Dep't of Corrections and Rehabilitation, Religious Personal Property Matrix | No Bates Stamp |
| 84) | Oct. 19, 2015 | New York State Dep't of Corrections and Community Supervision, Directive No. 4202, "Religious Programs and Practices" (excerpts) | No Bates Stamp |
| 85) | Jan. 28, 2023 | 1/28/2023 Supervisor Inquiry (ID: 30705007) concerning inability to buy Islamic materials | DEFS 149 |

Plaintiffs object to the following Defendants' Exhibits for the stated grounds:

| **Ex.** | **Rule** | **Grounds** |
|---|---|---|
| **2** | FRE 401, 402, 403 | (invites verdict on character; not related to any element of any claim at trial) |
| **5** | FRE 401, 402, 403 | (not related to any element of any claim at trial; legal access dispute may confuse jury) |
| **10** | FRE 401, 402, 403 | (not related to any element of any claim at trial; legal access dispute may confuse jury) |
| **12** | FRE 401, 402, 403 | (not related to any element of any claim at trial; legal access dispute may confuse jury) |
| **14** | FRE 401, 402, 403 | (not related to any element of any claim at trial; legal access dispute may confuse jury) |
| **15** | FRE 401, 402, 403 | (not related to any element of any claim at trial; non-religious personal property may confuse jury) |
| **16** | FRE 401, 402, 403 | (not related to any element of any claim at trial) |
| **17** | FRE 401, 402, 403 | (not related to any element of any claim at trial; legal access dispute may confuse jury) |
| **24** | FRE 401, 402, 403 | (DEFS 174 is the target — "I have a right to sue him and Taylor county") |
| **27** | Dkt. 57 § 3.c | (cumulative, duplicative of Exs. 1 and 3–26; undifferentiated block fails to describe with specificity) |
| **29** | FRE 403, 404, 609, | (unfairly prejudicial to identify criminal offense and disciplinary record, which are not related to elements of claims) |
| **33** | Dkt. 57 § 3.c | (not a designation; reintroduces everything excluded elsewhere; lacks specificity) |

Respectfully submitted,

*/s/ John Greil*
John Greil
LAW AND RELIGION CLINIC
UNIVERSITY OF TEXAS SCHOOL OF LAW
727 East Dean Keeton St.
Austin, TX 78705
(512) 471-5151
E-mail: john.greil@law.utexas.edu

Richard D Salgado
MCDERMOTT WILL & SCHULTE LLP
2801 North Harwood Street
STE 2600
Dallas, TX 75201
(214) 210-2797
E-mail: Richard.salgado@mwe.com

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the above and foregoing instrument was filed electronically with the Court's electronic filing system on this 27th day of August, 2026, and served on all counsel in accordance with the Federal Rules of Civil Procedure and LR5.1 of the Northern District of Texas.

/s/ John Greil
JOHN GREIL